# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAIRE SCHUMACHER,** : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civ. No. 21-2421 |
| **470 MANOR OPERATING, LLC,** : | |
| Defendant. : | |
| : | |

## O R D E R

**AND NOW**, this 8th day of December, 2021, it having been reported that the issues between the Parties in the above action have been settled (Doc. No. 13), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that:

1. The above action is **DISMISSED** with prejudice; and

2. Defendants Motions to Dismiss (Doc. Nos. 6, 11) are denied as **MOOT**.

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*
  Paul S. Diamond, J.